BLANCHE A. MAGILL, Respondent, *v.* SUSAN A. MAGILL et al., Appellants.

*Magill* v. *Magill*, 138 App. Div. 920, affirmed.
(Argued October 27, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 10, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to determine the legal beneficiary of the proceeds of a certain certificate of life insurance.

*Walter E. Warner* for appellants.

*Frank W. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.